IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                               )
    v.                       )     CIVIL ACTION NO. 2:05cv272-T
                               )             WO
JOSEPH ADAM SULLIVAN     )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on

April 26, 2005, 2004 (Doc. 9), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the United States be GRANTED an extension from April 27, 2005,

to and including May 27, 2005, to file a response to defendant Joseph Adam Sullivan's 28

U.S.C. § 2255 motion in compliance with this court's order entered on March 28, 2005.

Done this 27th day of April, 2005.


         /s/Charles S. Coody          
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE