IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv272-T |
| | ) | WO |
| JOSEPH ADAM SULLIVAN | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on September 1, 2005 (Doc. 14), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from September 6, 2005, to and including October 6, 2005, to file a response to defendant Joseph Adam Sullivan's 28 U.S.C. § 2255 motion in compliance with this court's order entered on March 28, 2005.

Done this 6th day of September, 2005.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE