IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv272-T |
| | ) | WO |
| JOSEPH ADAM SULLIVAN | ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before November 25, 2005, Roianne Conner, former counsel for defendant Joseph Adam Sullivan, shall (a) show cause why she has failed to file an affidavit in compliance with this court's order entered on March 28, 2005, and (b) file with this court and furnish the United States Attorney and Sullivan with copies of an affidavit addressing the claims of ineffective assistance of counsel presented in Sullivan's 28 U.S.C. § 2255 motion.

Done this 14th day of November, 2005.

　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE