IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv272-T |
| | ) | WO |
| JOSEPH ADAM SULLIVAN | ) | |

**ORDER ON MOTION**

Upon consideration of the *motion for extension of time* filed by the movant, Joseph Adam Sullivan, on December 13, 2005 (Doc. # 25), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the movant be GRANTED an extension from December 14, 2005, to and including January 13, 2006, to file a reply to the government's response to the movant's 28 U.S.C. § 2255 motion in compliance with this court's order entered on November 29, 2005.

Done this 15th day of December, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE