IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH ADAM SULLIVAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | CIVIL ACTION NO. 2:05cv272-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On June 15, 2006, the Magistrate Judge filed a Recommendation (Doc. No. 27) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and petitioner's 28 U.S.C. § 2255 motion is DENIED as the claims presented therein entitle him to no relief.

Done this the 28th day of July, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE